STATE OF MINNESOTA

IN SUPREME COURT

A14-0128

OFFICE OF
APPELLATE COURTS

AUG 19 2015

FILED

State of Minnesota,

      Appellant,

vs.

Cree Rae Larson,

      Respondent.

ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that in light of our opinion in *State v. Lindquist*, No. A12-0599, ___ N.W.2d ___ (Minn. Aug. 19, 2015), holding that the exclusionary rule does not apply to violations of the Fourth Amendment to the U.S. Constitution, or Article I, Section 10, of the Minnesota Constitution, when law enforcement acts in good faith, objectively reasonable reliance on binding appellate precedent, the decision of the court of appeals is reversed and this matter is remanded to the district court for trial.

Dated: August 19, 2015

BY THE COURT:

G. Barry Anderson
Associate Justice

GILDEA, C.J. dissents.

PAGE, J., dissents.

LILLEHAUG, J., dissents.

2

DISSENT

GILDEA, Chief Justice (dissenting).

For the reasons set forth in my dissent in *State v. Lindquist*, No. A12-0599

___ N.W.2d ___ (Minn. Aug. 19, 2015), I respectfully dissent.

DISSENT

PAGE, Justice (dissenting).

For the reasons set forth in my dissent in *State v. Lindquist*, No. A12-0599, ___ N.W.2d ___ (Minn. Aug. 19, 2015), I respectfully dissent.

DISSENT

LILLEHAUG, Justice (dissenting).

For the reasons set forth in my dissent in *State v. Lindquist*, No. A12-0599, ___

N.W.2d ___ (Minn. Aug. 19, 2015), I respectfully dissent.